IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HOLIDAY CVS, L.L.C. d/b/a <br> CVS/PHARMACY NO. 5195, d/b/a <br> CVS/PHARMACY NO. 219, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, JR., ET AL., <br><br> Respondents. | No. 12-1128 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

In accordance with Circuit Rule 28(a)(1) of the Rules of this Court, the undersigned, petitioner Holiday CVS, L.L.C., d/b/a CVS/pharmacy #219 and #5195, hereby certifies as follows:

**A.   Parties, Intervenors, and *Amici***

   **1.   Parties Before the Agency**

This petition challenges Immediate Suspension of Registration Orders ("ISOs") that the Drug Enforcement Administration ("DEA") issued on February 2, 2012, pursuant to 21 U.S.C. § 824(d). By definition, ISOs are issued prior to the commencement of administrative proceedings. Subsequent to the issuance of the

ISOs, DEA held an administrative hearing on the related issue of whether to revoke the pharmacies' registrations under 21 U.S.C. § 824(a). The parties to those administrative proceedings are Holiday CVS, L.L.C., d/b/a CVS/pharmacy #219 and #5195, and the United States Drug Enforcement Administration. There are no intervenors or *amici*.

### 2. Parties Before the Court

Petitioner in this Court is Holiday CVS, L.L.C., d/b/a CVS/pharmacy #219 and #5195. Respondents in this Court are Eric H. Holder, Jr., in his official capacity as Attorney General of the United States; the United States Department of Justice; Michele M. Leonhart, in her official capacity as Administrator of the United States Drug Enforcement Administration; and the United States Drug Enforcement Administration. This Court has not granted any party leave to intervene or to participate as an *amicus curiae* at this time.

### B. Rulings Under Review

The DEA orders under review are:

> (1) In re Holiday CVS, L.L.C., d/b/a CVS/Pharmacy #00219, Order to Show Cause and Immediate Suspension of Registration, dated February 2, 2012, served February 4, 2012; and
>
> (2) In re Holiday CVS, L.L.C., d/b/a CVS/Pharmacy #05195, Order to Show Cause and Immediate Suspension

of Registration, dated February 2, 2012, served February 4, 2012.

**C.    Related Cases**

This case has not previously been before this Court or any other court.

A related case, *Holiday CVS, L.L.C., d/b/a CVS/pharmacy #219 and #5195 v. Holder*, No. 12-5072, is currently pending in this Court. No. 12-5072 is an appeal of a decision of the United States District Court for the District of Columbia refusing to preliminarily enjoin the ISOs at issue in this case.

Two cases pending in this Court, *Cardinal Health, Inc. v. U.S. Department of Justice*, No. 12-5061, and *Cardinal Health, Inc. v. Drug Enforcement Administration*, No. 12-1126, involve different parties but related issues. On March 22, 2012, the Court ordered that No. 12-5072 be calendared for oral argument on the same day and before the same panel as No. 12-5061.

Respectfully submitted,

*/s/ Jeffrey S. Bucholtz*

Jeffrey S. Bucholtz
Paul A. Mezzina
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, DC  20006
(202) 737-0500

Catherine M. O'Neil
Coleen P. Schoch
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA  30309
(404) 572-4600

*Counsel for Petitioner*

DATE: May 17, 2012

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Appellate Procedure 25, I certify that on May 17, 2012, I served the foregoing via CM/ECF or by U.S. mail, upon:

DOJ Appellate Counsel
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

(202) 514-2000
civil.appellate@usdoj.gov


*/s/ Paul A. Mezzina*

*Counsel for Petitioner*