# UNITED STATES COURT OF APPEALS
### DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 12-1128    2. DATE DOCKETED: March 2, 2012
3. CASE NAME (lead parties only)    Holiday CVS, L.L.C.    v.    Eric H. Holder, Jr., et al.
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes  ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Drug Enforcement Administration
   b. Give agency docket or order number(s): N/A
   c. Give date(s) of order(s): February 2, 2012
   d. Has a request for rehearing or reconsideration been filed at the agency? ○ Yes  ⦿ No
      If so, when was it filled?        By whom?
      Has the agency acted?  ○ Yes  ○ No   If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attached.

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ⦿ Yes  ○ No  If YES, identify case name(s), docket number(s), and court(s)
      See attached.
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ⦿ Yes  ○ No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
      See attached.
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ○ Yes  ⦿ No  If YES, provide program name and participation dates.

Signature /s/ Jeffrey S. Bucholtz    Date 05-17-2012
Name of Counsel for Appellant/Petitioner Jeffrey S. Bucholtz
Address 1700 Pennsylvania Ave. NW, Suite 200, Washington, D.C. 20006
E-Mail jbucholtz@kslaw.com    Phone ( 202 ) 737-0500    Fax ( 202 ) 626-3737

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HOLIDAY CVS, L.L.C. d/b/a CVS/PHARMACY NO. 5195, d/b/a CVS/PHARMACY NO. 219, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, JR., ET AL., <br><br> Respondents. | No. 12-1128 |

## ATTACHMENT TO AGENCY DOCKETING STATEMENT

6. CASE INFORMATION

e. Petitioner has standing to challenge DEA's orders immediately suspending these pharmacies' registrations to dispense controlled substances because the orders are causing direct economic injury to petitioner.

f. *Holiday CVS, L.L.C., d/b/a CVS/pharmacy #219 and #5195 v. Holder*, No. 12-5072, an appeal from a District Court's decision refusing to preliminarily enjoin the underlying agency orders, is currently pending in this Court.

g. *In the Matter of Holiday CVS, L.L.C., d/b/a CVS/Pharmacy # 00219*, Docket No. 12-37, and *In the Matter of Holiday CVS, L.L.C., d/b/a CVS/Pharmacy #05195*, Docket No. 12-38, are currently pending before DEA. These cases involve, not the question whether DEA properly suspended the pharmacies' registrations, but the related question whether DEA may revoke the pharmacies' registrations. *Cardinal Health, Inc. v. Holder*, No. 12-5061, and *Cardinal Health, Inc. v. DEA*, No. 12-1126, are currently pending in this Court and involve related issues.

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Appellate Procedure 25, I certify that on May 17, 2012, I served the foregoing via CM/ECF or by U.S. mail, upon:

DOJ Appellate Counsel
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202) 514-2000
civil.appellate@usdoj.gov

*/s/ Paul A. Mezzina*

*Counsel for Petitioner*