## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HOLIDAY CVS, L.L.C. d/b/a CVS/PHARMACY NO. 5195, d/b/a CVS/PHARMACY NO. 219,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, JR., ET AL.,<br><br>　　　　　　Respondents. | No. 12-1128 |

## **STATEMENT REGARDING USE OF A DEFERRED APPENDIX**

　　Petitioner Holiday CVS, L.L.C., d/b/a CVS/pharmacy #219 and #5195, hereby provides notice that petitioner and respondents have agreed not to use a deferred appendix.

Respectfully submitted,

*/s/ Jeffrey S. Bucholtz*

Jeffrey S. Bucholtz
Paul A. Mezzina
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, DC  20006
(202) 737-0500

Catherine M. O'Neil
Coleen P. Schoch
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA  30309
(404) 572-4600

*Counsel for Petitioner*

DATE: May 17, 2012

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Appellate Procedure 25, I certify that on May 17, 2012, I served the foregoing via CM/ECF or by U.S. mail, upon:

DOJ Appellate Counsel
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

(202) 514-2000
civil.appellate@usdoj.gov


*/s/ Paul A. Mezzina*

*Counsel for Petitioner*