## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HOLIDAY CVS, L.L.C. d/b/a <br> CVS/PHARMACY NO. 5195, d/b/a <br> CVS/PHARMACY NO. 219, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER JR., ET AL., <br><br><br> Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     No. 12-1128 |

## **NON-BINDING STATEMENT OF ISSUES**

Petitioner Holiday CVS, L.L.C., d/b/a CVS/pharmacy #219 and #5195, respectfully submits the following preliminary, non-binding statement of issues presented for review:

1)  Whether the Drug Enforcement Administration's determination that the pharmacies posed an "imminent danger" to public health or safety, so as to justify immediately suspending their registrations to dispense controlled substances without a prior hearing, was arbitrary and capricious, not in accordance with law, in excess of statutory authority, or not supported by substantial evidence, where DEA ignored or discounted the fact that the pharmacies had implemented measures that eliminated any alleged danger and DEA imposed the immediate suspension as punishment for alleged past conduct without the requisite showing of an ongoing or imminent emergency.

Respectfully submitted,

*/s/ Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz
Paul A. Mezzina
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, DC  20006
(202) 737-0500

Catherine M. O'Neil
Coleen P. Schoch
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA  30309
(404) 572-4600

*Counsel for Petitioner*

DATE: May 17, 2012

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Appellate Procedure 25, I certify that on May 17, 2012, I served the foregoing via CM/ECF or by U.S. mail, upon:

DOJ Appellate Counsel
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

(202) 514-2000
civil.appellate@usdoj.gov

*/s/ Paul A. Mezzina*

*Counsel for Petitioner*